SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:25-CR-000387-MTK** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **HUGO MARTINEZ-LUNA,** | |
| **Defendant.** | |

Defendant Hugo Martinez-Luna sold fentanyl to an undercover law enforcement officer and was arrested. The government recommends a sentence of 37 months in prison.

### Guilty Plea & Guideline Computations

On January 7, 2026, Mr. Martinez-Luna pleaded guilty to Count 2 of the Information, distribution of 40 grams or more of fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi). The government agrees with the guideline calculations set forth in the Presentence Report.

### Factual Background and Argument

As part of a larger investigation, in March and April 2025, an undercover detective with the Douglas Interagency Narcotics Team (DINT) purchased fentanyl on multiple occasions from

**Government's Sentencing Memorandum**                                                   **Page 1**

Mr. Martinez-Luna's co-defendant, Celestino Jose Gonzalez. The purchases were arranged online or by phone with the source of supply, who would then send Mr. Jose Gonzalez to deliver the fentanyl.

In late May 2025, DINT arranged to purchase 6 ounces of fentanyl for $6,000. The source of supply said that a different person would be doing the delivery. On May 30th, the undercover detective went to the agreed-upon location in Douglas County, Oregon, and purchased more than five ounces of fentanyl for $6,000. The seller was arrested and was identified as defendant Hugo Martinez-Luna. Mr. Martinez-Luna said that a friend was paying him $500 for doing the delivery. DINT searched his phone and found messages between him and Mr. Jose Gonzalez discussing the delivery.

Mr. Martinez-Luna has five prior DUII convictions, between 2002 and 2010, and was convicted of immigration charges in 2008 and 2010. While he played a minimal role in the overall offense, making one delivery with no involvement in others, his conduct was serious and could have endangered the community. For his delivery of five ounces of fentanyl, the government recommends a sentence of 37 months in prison.

## Conclusion

The government recommends a sentence of 37 months in prison, three years of supervised release, and a $100 fee assessment.

Dated: May 6, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *Jeffrey S. Sweet*
JEFFREY S. SWEET, OSB #994183
Assistant United States Attorney

**Government's Sentencing Memorandum**                                     **Page 2**